**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**SHELLEY COOK**                                                                **PLAINTIFF**

**vs.**                                        **Civil No. 4:21-cv-04038**

**KILOLO KIJAKAZI,**                                                          **DEFENDANT**
**Acting Commissioner, Social Security Administration**

## JUDGMENT

Comes now the Court on this the 9th **day of June, 2022**, in accordance with the Memorandum

Opinion entered in the above-styled case on today's date, and hereby considers, orders, and

adjudicates that Plaintiff's Complaint be **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE